AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-CV-5414

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>SARAH FLINT, INC.</u> was received by me on *(date)* <u>May 19, 2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Alison, Store Employee</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>SARAH FLINT, INC., the following documents: Complaint, Issued Summons, and Court Order</u>, on *(date)* <u>Tuesday, May 27, 2025</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 05/27/2025

*Raymond Hollingsworth*
Server's signature

Raymond Hollingsworth
*Printed name and title*

Medley Serves & Investigations, LLC
41 Schermerhorn Street Suite 318, Brooklyn, NY 11201
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 27, 2025, 3:19 pm EDT at COMPANY: 37 WEST 20TH STREET SUITE 906, NEW YORK, NY 10011 received by Alison, Store Employee. Age: 40s; Ethnicity: Caucasian; Gender: Female; Weight: 150s; Height: 5'7"; Hair: Blond; Eyes: Brown;