**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| DEBBIE PITTMAN, on behalf of herself and all others similarly situated, | : | Case no. 1:25-cv-5414 |
| Plaintiffs, | : | |
| v. | : | CERTIFICATE OF SERVICE |
| Sarah Flint, Inc., | : | |
| Defendant. | : | |

    I hereby certify that on June 26, 2025, a Plaintiff's Motion for Entry of Default Judgement, Complaint, Proof of Service, Proposed Order were served on the Defendant by certified mail. Tracking number (9589 0710 5270 3264 2568 45) as follows:

**Sarah Flint, Inc.**

**37 West 20Th Street, Suite 906,**

**New York, NY 10011**

June 26, 2025

    Respectfully Submitted,

    **/s/ David B. Reyes**

    David B. Reyes, Esq.

    EQUAL ACCESS LAW GROUP PLLC

    68-29 Main Street,

    Flushing, NY 11367

    Tel: (630)-478-0856

    Email: Dreyes@ealg.law