# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Debbie Pittman

                Plaintiff,

v.                                            Case No.: 1:25−cv−05414
                                                    Honorable Lindsay C. Jenkins

Sarah Flint, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 8, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The motion for default judgment [9] is granted as unopposed. Separate default judgment order to issue. Plaintiff is awarded $1,000 in compensatory damages, attorneys' fees and costs, as well as declaratory and injunctive relief. Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.