**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

---------------------------------- x
Debbie Pittman, on behalf of herself and all :     Case no. 1:25-cv-5414
others similarly situated, :
                         Plaintiffs, :
                                         :     <u>JUDGMENT</u>
                          v. :
Sarah Flint, Inc., :
                         Defendant. :
---------------------------------- x

**ORDER**

    This action having been commenced on May 15, 2025, by the filing of a Complaint, and a copy of the Complaint and Summons having been properly served on Defendant on May 27, 2025, and proof of service having been filed on June 9, 2025, and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Default Judgment is GRANTED.
2. Defendant Sarah Flint, Inc. is adjudged to have violated Title III of the Americans with Disabilities Act (42 U.S.C. §§ 12181 et seq.).
3. Defendant shall, within 180 days of this Order, bring its website (https://sarahflint.com) into full compliance with the Web Content Accessibility Guidelines (WCAG) 2.2 Level AA and maintain that compliance going forward.
4. Defendant shall implement policies, practices, and training to ensure continued compliance with the ADA for all future website content and updates.
5. Defendant shall pay Plaintiff nominal damages of $1.000,00 and compensatory damages.
6. Plaintiff is awarded reasonable attorneys' fees and costs, in an amount to be determined upon submission of a fee petition.

**IT IS SO ORDERED.**

    Dated: Chicago, Illinois

7/8/2025
_____

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE